1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 South Las Vegas Blvd.
4  Lloyd George Federal Building, Suite 5000
   Las Vegas, NV 89101
5  Telephone: (702) 388-6336
   Facsimile: (702)388-6787
6

7                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
8

9

10 Victor Romero and Ruth Romero,    2:10-CV-01725-GMN-LRL

11          Plaintiffs,               MOTION TO ADMIT
                                      GOVERNMENT ATTORNEY
12     v.

13

14 ERIC HOLDER, Attorney General;
   JANET NAPOLITANO, Secretary,
15 U.S. Dept. Of Homeland
   Security; JOHN T. MORTON,
16 Assistant Sec., U.S. Dept. Of
   Homeland Security; Daniel G.
17 Bogden, United States Attorney,

18          Defendants.
   _____
19

20      **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21     THE UNITED STATES ATTORNEY for the District of Nevada

22 hereby moves, pursuant to LR-IA-10-3, for the admission of

23 Sherease R. Pratt to the Bar of this Court for the purpose of

24 representing the defendant Attorney General, an officer of the

25 United States, in the above-captioned litigation.

26

1  Sherease R. Pratt is a member in good standing of the
2  State Bar of New York (Bar # 2620912). She is an attorney
3  employed by the United States Department of Justice, Civil
4  Division, Office of Immigration Litigation, and her office is
5  located in Washington, D.C.
6  It is respectfully requested that an order be issued
7  permitting Sherease R. Pratt to practice before this court in
8  this action.

                                         Respectfully submitted,

                                         DANIEL G. BOGDEN
                                         United States Attorney


                                         //S// CARLOS A. GONZALEZ
                                         CARLOS A. GONZALEZ
                                         Assistant United States Attorney


   IT IS SO ORDERED this 23rd day of November, 2010.

                                         _____
                                         Gloria M. Navarro
                                         United States District Judge

2