TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation, Civil Division
SHEREASE PRATT NYSBN 2620912
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0063
Facsimile: (202) 616-8962

Attorneys for Defendants


SETH L RESZKO, Esq.
Reza Athari & Associates
6235 So. Pecos Rd., Suite 108
Las Vegas, NV 89120

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Victor Romero and Ruth Romero, | Case No. 2:10-CV-01725-GMN-LRL |
| Plaintiffs, | |
| v. | |
| ERIC HOLDER, Attorney General; JANET NAPOLITANO, Secretary, U.S. Dept. Of Homeland Security; JOHN T. MORTON, Assistant Sec., U.S. Dept. Of Homeland Security; Daniel G. Bogden, United States Attorney, | JOINT STIPULATION AND PROPOSED ORDER TO DISMISS PLAINTIFFS' COMPLAINT AS MOOT |
| Defendants. | |

Defendants, by and through their attorney, Sherease Pratt, Trial Attorney, United States Department of Justice, and Plaintiffs, by and through their attorney, Seth Resko, Esq., respectfully request that this Honorable Court grant the parties' stipulation to dismiss this case with prejudice, as moot. USCIS has adjudicated Plaintiffs' Form I-130, Petition for Alien Relative, and Form I-

1  485, Application to Register Permanent Residence or Adjust Status.[1]

2      Plaintiffs will not seek attorney's fees or costs under the Equal Access to Justice Act, or
3  any other provision of law, associated with the above-captioned matter.  Each party will bear its
4  own costs, expenses, and attorneys' fees incurred in connection with this action.

5      Based on the foregoing, the parties respectfully request that this Court dismiss this matter
6  as moot as the requested relief has been completed.

7      DATED this 9th day of December, 2010.

8  Respectfully submitted,        Respectfully submitted,

9          TONY WEST
        United States Department of Justice
10         Assistant Attorney General, Civil Division

11         ELIZABETH J. STEVENS
        Assistant Director
12         Office of Immigration Litigation

13 /s/ SETH RESKO        /s/ SHEREASE PRATT
   SETH RESZKO, ESQ.        SHEREASE PRATT
14 Seth L Reszko        Trial Attorney
   REZA ATHARI & ASSOCIATES        U.S. Department of Justice
15 6235 S. Pecos Rd., Suite 108        Civil Division
   Las Vegas, NV 89120        Office of Immigration Litigation
16 Telephone: (702) 433-3529        P.O. Box 868, Ben Franklin Station
   Facsimile: (702) 458-8508        Washington, D.C. 20044
17 atharilaw@earthlink.net        Telephone: (202) 616-0063
        Facsimile: (202) 616-8962
18         sherease.pratt@usdoj.gov
   Attorney for Plaintiffs
19         Attorneys for Defendants

20

21     IT IS SO ORDERED this 10th day of December, 2010.

22

23                 _____
24                 Gloria M. Navarro
                 United States District Judge
25

26

27 _____

28    [1] *See* attached Exhibits 1 and 2.

2:10-CV-01725-GMN-LRL        2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

OMB #1615-0012; Expires 11/30/07
**I-130, Petition for Alien Relative**

DO NOT WRITE IN THIS BLOCK - FOR U...

| A# | Action Stamp | F | I-130 |
|---|---|---|---|
| Section of Law/Visa Category | U.S. Department of Homeland Security | | 07/30/2007 |
| [X] 201(b) Spouse - IR-1/CR-1 | APPROVED | | |
| [ ] 201(b) Child - IR-2/CR-2 | DEC 0 7 2010 | | |
| [ ] 201(b) Parent - IR-5 | [signature] | | |
| [ ] 203(a)(1) Unm. S or D - F1-1 | 002706 | | |
| [ ] 203(a)(2)(A)Spouse - F2-1 | U.S. Citizenship and Immigration Services | Petition was filed on: _____ (priority date) | |
| [ ] 203(a)(2)(A) Child - F2-2 | | [ ] Personal Interview    [ ] Previously Forwarded | |
| [ ] 203(a)(2)(B) Unm. S or D - F2-4 | | [ ] Pet. [ ] Ben. "A" File Reviewed  [X] I-485 Filed Simultaneously | |
| [ ] 203(a)(3) Married S or D - F3-1 | | [ ] Field Investigation    [ ] 204(g) Resolved | |
| [ ] 203(a)(4) Brother/Sister - F4-1 | | [ ] 203(a)(2)(A) Resolved    [ ] 203(g) Resolved | |

**Remarks:**

**A. Relationship**   You are the petitioner.   Your relative is the beneficiary.

| 1. I am filing this petition for my: | 2. Are you related by adoption? | 3. Did you gain permanent residence through adoption? |
|---|---|---|
| [X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child | [ ] Yes  [ ] No | [ ] Yes  [ ] No |

**B. Information about you**

1. Name (Family name in CAPS)  (First)  (Middle)
FIERRO   RUTH   MARGARITA

2. Address (Number and Street)  (Apt. No.)
5829 GOLD HORIZON ST

(Town or City)  (State/Country)  (Zip/Postal Code)
N. LAS VEGAS   NV   89031

3. Place of Birth (Town or City)  (State/Country)
TIJUANA   BAJA CALIFORNIA   MEXICO

4. Date of Birth   5. Gender   6. Marital Status
[redacted]   [ ] Male  [X] Female   [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name)
NONE

8. Date and Place of Present Marriage (if married)
02/24/1999   PLAYAS DEL ROSARIO B.C MEXICO

9. U.S. Social Security (if any)   10. Alien Registration Number
[redacted]   N/A

11. Name(s) of Prior Husband(s)/Wive(s)   12. Date(s) Marriage(s) Ended
N/A

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one):
[ ] Birth in the U.S.
[X] Naturalization. Give certificate number and date and place of issuance.
[redacted] 01/25/00  POMONA CA
[ ] Parents. Have you obtained a certificate of citizenship in your own name?
[ ] Yes. Give certificate number, date and place of issuance.  [ ] No

14. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for or adjustment to lawful permanent residence and class of admission.
N/A

14b. Did you gain permanent resident status through marriage to a U.S. citizen or lawful permanent resident?
[ ] Yes  [ ] No

**C. Information about your relative**

1. Name (Family name in CAPS)  (First)  (Middle)
ROMERO   VICTOR   MANUEL

2. Address (Number and Street)  (Apt. No.)
5829 GOLD HORIZON ST

(Town or City)  (State/Country)  (Zip/Postal Code)
LAS VEGAS   NV   89031

3. Place of Birth (Town or City)  (State/Country)
AGUASCALIENTES   AGUASCALIENTES   MEXICO

4. Date of Birth   5. Gender   6. Marital Status
[redacted]   [X] Male  [ ] Female   [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name)
NONE

8. Date and Place of Present Marriage (if married)
02/24/99   PLAYAS DEL ROSARIO B.C MEXICO

9. U.S. Social Security (if any)   10. Alien Registration Number
NONE   NONE

11. Name(s) of Prior Husband(s)/Wive(s)   12. Date(s) Marriage(s) Ended
N/A

13. Has your relative ever been in the U.S.?   [X] Yes  [ ] No

14. If your relative is currently in the U.S., complete the following:
He or she arrived as a:
(visitor, student, stowaway, without inspection, etc.)

Arrival/Departure Record (I-94)   Date arrived
| | | | | | | | | | |   05/1999

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95

15. Name and address of present employer (if any)
SELF/EMPLOYEE
Date this employment began

16. Has your relative ever been under immigration proceedings?
[X] No  [ ] Yes   Where _____   When _____
[ ] Removal  [ ] Exclusion/Deportation  [ ] Rescission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |

Form I-130 (Rev. 01/05/07)Y

## C. Information about your alien relative (continued)

**17. List husband/wife and all children of your relative.**

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| RUTH FIERRO | WIFE | ███ | MEXICO |
| V▓▓▓ R▓▓▓ | SON | ███ | USA |
| A▓▓▓ R▓▓▓ | DAUGHTER | ███ | USA |
| | | | |
| | | | |

**18. Address in the United States where your relative intends to live.**

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 5829 GOLD HORIZON ST | N. LAS VEGAS | NEVADA |

**19. Your relative's address abroad.** (Include street, city, province and country)     Phone Number (if any)

**20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.**

(Name) N/A      Address (Include street, city, province and country):

**21. If filing for your husband/wife, give last address at which you lived together.** (Include street, city, province, if any, and country):     From:     To:

VICTOR

**22. Complete the information below if your relative is in the United States and will apply for adjustment of status.**

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the USCIS office in:

If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American consular post in:

| LAS VEGAS | NEVADA | USA | | |
|---|---|---|---|---|
| (City) | (State) | | (City) | (Country) |

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**

N/A

**2. Have you ever before filed a petition for this or any other alien?**  ☐ Yes  ☐ No

If "Yes," give name, place and date of filing and result.

**WARNING:** USCIS investigates claimed relationships and verifies the validity of documents. USCIS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services needs to determine eligiblity for the benefit that I am seeking.

**E. Signature of petitioner.** _Ruth Fierro_    Date 7/18/07    Phone Number (702) 767-5516

**F. Signature of person preparing this form, if other than the petitioner.**

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _____     Signature _____     Date _____

Address _____     G-28 ID or VOLAG Number, if any. _____

Form I-130 (Rev. 01/05/07)Y Page 2